FILED
2022 MAR 2 AM 11:23
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC #475353)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: jennifer.muyskens@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | **MISDEMEANOR INFORMATION** |
| vs. | Count 1: Receipt of Commission for Procuring Loan 18 U.S.C. § 215(a)(2) |
| PATRICIA MARIE ESCH, | |
| Defendant. | Case: 2:22−cr−00076 |
| | Judge_____ Assigned To : Pead, Dustin B. |
| | Assign. Date : 3/2/2022 |
| | Description: USA v Esch |

The United States Attorney charges:

### COUNT 1
18 U.S.C. § 215(a)(2)
(Receipt of Commission for Procuring Loan)

On or about May 2018, in the District of Utah,

PATRICIA MARIE ESCH,

the defendant herein, an employee of Mortgage Lender A, a mortgage lending business and

a financial institution as defined by 18 U.S.C. § 20, corruptly accepted and agreed to accept

$624.00 in commission, intending to be influenced and rewarded in connection with a

transaction and the business, to wit: a mortgage loan of approximately $312,000.00, in

which the defendant created and submitted a fraudulently created letter with the applicants' loan application, intending to induce Mortgage Lender A to issue the mortgage loan based on false pretense; and aided, abetted, induced, and procured the same; all in violation of 18 U.S.C. §§ 2 and 215(a)(2).

Dated this 2nd day of March, 2022.

ANDREA T. MARTINEZ
United States Attorney

*/s/ Jennifer K. Muyskens*
JENNIFER K. MUYSKENS
Assistant United States Attorney